IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYANT ALLEN,

        Plaintiff,                      No. CIV S-09-3068 KJM P

    vs.

S.M. ROCHE, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's request to proceed in forma pauperis is not filed on the form used by this court and, as a consequence, does not include all the information this court requires. Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or pay the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action;

/////

1

1      2.  Petitioner's request to proceed in forma pauperis (docket no. 4) is denied
2 without prejudice; and
3      3.  The Clerk of the Court is directed to send plaintiff a new Application to
4 Proceed In Forma Pauperis By a Prisoner.
5 DATED: November 24, 2009.

_____
U.S. MAGISTRATE JUDGE

8 2/mp
alle3068.3a

2