IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYANT ALLEN,

    Plaintiff,                    No. CIV S-09-3068 JAM KJN (TEMP) P

   vs.

S.M. ROCHE, et al.,

    Defendants.          ORDER
_____/

      Defendants' request to take plaintiff's deposition by remote means via video conferencing was considered by this Court.

      IT IS HEREBY ORDERED that Defendants' motion (doc. no. 30) is granted and defendants may take plaintiff's deposition by video conference.

DATED: January 12, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

alle3068.dep

1