IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYANT ALLEN,

    Plaintiff,                    No. CIV S-09-3068 JAM CKD P

    vs.

S.M. ROCHE, et al.,

    Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. As defendants' motion for summary judgment is pending, the court will vacate the scheduling order issued October 22, 2010, and refrain from setting new deadlines until the dispositive motion is resolved.

        Accordingly, IT IS HEREBY ORDERED that the October 22, 2010 scheduling order (Dkt. No. #26) is vacated.

Dated: August 18, 2011

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

2
alle3068.vac